

COM.

v.

JONES, T.

437 WDA 2016

Superior Court of Pennsylvania.

04/11/2017

CP–25–CR–0000999–2015 (Erie)

Affirmed.

GAYLER, F.

v.

GAYLER, J.

537 WDA 2016

Superior Court of Pennsylvania.

Filed 04/11/2017

FD–13–7148–008 (Allegheny)

Affirmed

GAYLER, F.

v.

GAYLER, J.

624 WDA 2016

Superior Court of Pennsylvania.

04/11/2017

FD 13–7148–008 (Allegheny)

Affirmed

COM.

v.

HERRING, G.

766 WDA 2016

Superior Court of Pennsylvania.

04/11/2017

CP–02–CR–0010184–2005 (Allegheny)

Affirmed

COM.

v.

FAITH, M.

920 WDA 2016

Superior Court of Pennsylvania.

04/11/2017

CP–02–SA–0002339–2015 (Allegheny)

Affirmed

COM.

v.

LEWIS, L.

1106 WDA 2016

Superior Court of Pennsylvania.

Filed 04/11/2017

CP–25–CR–0003075–2015 (Erie)

Affirmed—Application to Withdraw as Counsel Granted

